FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY MALLGREN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CITY OF SPOKANE, SPOKANE COUNTY, STATE OF WASHINGTON, MULTICARE HEALTH SYSTEM, and CATHOLIC CHARITIES FOUNDATION,<br><br>    Defendants. | No. 2:25-CV-00228-RLP<br><br>ORDER DISMISSING COMPLAINT |

On October 21, 2025, the Court, *sua sponte*, issued an order directing Mr. Mallgren to amend or voluntarily dismiss his Amended Complaint, ECF No. 3, within 30 days of the order. ECF No. 13. Mr. Mallgren has since not amended his complaint or provided the Court with any indication that he intends to.

A plaintiff proceeding *in forma pauperis* under 28 U.S.C. § 1915 is subject to *sua spone* review of his or her complaint, and mandatory dismissal, if the complaint is "frivolous, malicious, fail[s] to state claim upon which relief may be granted, or

ORDER DISMISSING COMPLAINT ~ 1

seek[s] monetary relief from a defendant immune from such relief." *See* 28 U.S.C. § 1915(e)(2)(B).

For the reasons discussed in detail in the Court's Order to Amend or Voluntary Dismiss, ECF No. 13, Mr. Mallgren's Amended Complaint fails to state any legally cognizable claim against any of the named defendants. Mr. Mallgren has taken no action to correct these deficiencies, and filed nothing further in this action.

**ACCORDINGLY, IT IS ORDERED:**

1. Mr. Mallgren's Amended Complaint, **ECF No. 3**, is **DISMISSED WITHOUT LEAVE TO AMEND.**

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and Judgment accordingly, provide copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** November 24, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT ~ 2