AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Nov 24, 2025

SEAN F. MCAVOY, CLERK

ANTHONY MALLGREN

*Plaintiff*

v.

UNITED STATES OF AMERICA, CITY OF SPOKANE, SPOKANE COUNTY, STATE OF WASHINGTON, MULTICARE HEALTH SYSTEM, and CATHOLIC CHARITIES FOUNDATION

*Defendant*

Civil Action No. 2:25-CV-00228-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No 14, Plaintiff's Amended Complaint, ECF No. 3, is DISMISSED WITHOUT LEAVE TO AMEND.
Judgment of Dismissal is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L Pennell.

Date: 11/24/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*